**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

JAMES BREWER                                                      PETITIONER

v.                                                        No. 1:26-cv-54-JDM-DAS

WARDEN EDWARD EVANS                                        RESPONDENT

### ORDER GRANTING MOTION TO CLARIFY

This matter comes before the court on Respondent's motion to clarify Petitioner's identity. [Doc. 6]. Because the Mississippi Electronic Courts (MEC) system reflects multiple defendants by this name (James Edison Brewer, James Kevin Brewer, and James H. Brewer), it is necessary for Petitioner to provide his middle initial as well as the charges he wishes to challenge.

As such, Respondent's motion to clarify [6] is **GRANTED** and plaintiff shall have until 21 days from the date of this order to respond with information clarifying his identity and the charges he wishes to challenge.

Further, Respondent's deadline to respond to the petition shall be extended to September 8, 2026.

**SO ORDERED**, this, the 9th day of July, 2026.

/s/ David A. Sanders
DAVID A. SANDERS
UNITED STATES MAGISTRATE JUDGE